# MINUTES

CASE NUMBER:     MJ 18-0485KSC

CASE NAME:       USA vs.  (1) Chester Cabang and (2) Kloulvbak Debedebk

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang        REPORTER:

DATE:     05/16/2018               TIME:

---

COURT ACTION:   EO: This case is Ordered unsealed.  The defendants have been arrested.

Submitted by: Toni Fujinaga, Courtroom Manager.