# MINUTES

| | |
|---|---|
| CASE NUMBER: | MJ 18-0485KSC |
| CASE NAME: | USA vs. (1) Chester Cabang and (2) Kloulvbak Debedebk |
| ATTYS FOR PLA: | Marc A. Wallenstein |
| ATTYS FOR DEFT: | 01 Sharron I. Rancourt for Alexander Silvert |
| | 02 Harlan Y. Kimura |
| | Tony Barry (USPTS) |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C7 |
| DATE: | 05/16/2018 | TIME: | 1:41 - 1:44 |

EP: Initial Appearance -

Defendants (1) Chester Cabang and (2) Kloulvbak Debedebk present and in custody.

Defendants sworn to the financial affidavits, and the request for court appointed counsel is granted.

Sharron I. Rancourt and the Office of the Federal Public Defender are appointed to represent Defendant (1) Chester Cabang.

Harlan Y. Kimura is appointed to represent Defendant (2) Kloulvbak Debedebk.

Defendants have reviewed the complaint and understand the nature of the charges against them.

Government will be filing a motion to detain.

Detention Hearing is set for 5/21/18 @ 1:30 p.m. before Magistrate Judge Chang.

Preliminary Hearing is set for 5/30/18 @ 9:00 a.m. before Judge Seabright.

Defendants remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.